Maureen A. Sullivan (SBN 164763)
Maureenasullivan@gmail.com
David L. Mandel (SBN 152271)
dmandel@lsnc.net
Legal Services of Northern California
444 North 3rd St., Suite 312
Sacramento, California 95811
(916) 551-2145
FAX: (916) 551-2197

Paul N. Phillips (SBN 128197)
paul@pnphillipslaw.com
The Phillips Law Office
1420 River Park Drive, Suite 100
Sacramento, California 95815
(916) 646-3841
FAX: (916) 646-3831

Attorneys for Plaintiff Rachel Scherbenske

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| **RACHEL SCHERBENSKE,** <br><br> Plaintiff, <br><br> v. <br><br> **WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY, AND DOES 1-100** <br><br> Defendants. | **CASE NO. 2:09-cv-00717-LKK-KJM** <br><br> **AMENDED COMMUNICATION REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

On April 29, 2009, Plaintiff Rachel Scherbenske ("Plaintiff") filed a Motion for Temporary Restraining Order ("The Motion") in the U.S. District Court for the Eastern District of California,

seeking to enjoin Defendants from continuing with their state court unlawful detainer proceeding to evict Plaintiff from 4825 10th Avenue, Sacramento, California ("the Property"), in Sacramento County Superior Court Case No. 08UD11777.

On April 30, 2009, Mr. Paul Nathan Phillips, counsel for Plaintiff, Mr. Robert Bailey, counsel for Defendants, and the Honorable Garland E. Burrell, Jr., United States District Judge, Eastern District of California, conference by telephone regarding the Motion. I scheduled the hearing after I read about half of the documents Plaintiff filed since I could not understand why the motion had to be decided on April 30, 2009 or May 1, 2009, as requested in Plaintiff's documents. After discussing the matter Plaintiff and defense counsel, Plaintiff agreed the motion did not have to be decided this week; further it is unclear whether the motion has to be decided next week, and it was never agreed that the motion would be heard by the Honorable Lawrence K. Karlton, Senior Judge United States District Court on May 4, 2009 as stated in the document Plaintiff filed April 30, 2009 (docket number 8). Nothing was stated at the hearing indicating that the motion would have to be heard on May 4, 2009. If Plaintiff has changed her mind about seeking to have the motion scheduled at a time convenient for Judge Karlton and desires to have me hear the motion today, he should contact my chambers and schedule a hearing time.

Dated: May 1, 2009

GARLAND E. BURRELL, JR.
United States District Judge