UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHEL SCHERBENSKE,

        NO. CIV. S-09-0717 LKK/KJM

    Plaintiff,

  v.

        O R D E R

WACHOVIA MORTGAGE, FSB, FKA
WORLD SAVINGS BANK, FSB, A
FEDERAL SAVINGS BANK; WELLS
FARGO BANK, N.A.; WELLS FARGO &
COMPANY, and DOES 1-100,

    Defendants.

_____/

Pending before the court is plaintiff's motion for a temporary restraining order, filed by the plaintiff on April 29, 2009. The parties appeared telephonically before Judge Burrell on April 30, 2009. It is the court's understanding that at that hearing, Judge Burrell concluded that the matter was not urgent enough to require resolution last week or this week and directed the parties to file a stipulated briefing schedule for approval by this court. Instead, plaintiff filed a statement stating that the matter was set for

1

hearing today, May 4, 2009. Judge Burrell then issued an order clarifying that this had not been the order resulting from his telephonic conference with the parties and requesting that plaintiff contact his chambers if she wished to have the matter heard immediately. It is the court's understanding that plaintiff did not do so.

Plaintiff's counsel has since contacted the court and advised that there is an unlawful detainer hearing set in Sacramento Superior Court for May 11, 2009.[1] Plaintiff has indicated that she wishes the court to resolve the TRO motion prior to that hearing.

Accordingly, the court ORDERS as follows:

1. Plaintiff's motion for a temporary restraining order is SET for hearing on May 8, 2009 at 10:00 AM in Courtroom Four.
2. Not later than Tuesday, May 5, 2009 at 5:00 PM plaintiff shall file and serve a brief not greater than fifteen (15) pages in length setting forth why this court should not abstain from entering a temporary restraining order given concurrent jurisdiction of a state court over a pending, related matter, per <u>Colorado River Water Conservation District v. United States</u>, 424 U.S. 800 (1976).
3. Defendants shall file and serve an opposition or statement of non-opposition to plaintiff's motion for a temporary restraining order and response to the question presented regarding abstention not later than Thursday, May 7, 2009 at

---

[1] Apparently, therefore, plaintiff's references in her TRO motion to a February 11, 2009 unlawful detainer hearing are errors.

| | |
|---|---|
| 1 | 8:00 AM. That brief shall be not greater than twenty (20) |
| 2 | pages in length. |
| 3 | IT IS SO ORDERED. |
| 4 | DATED:  May 4, 2009. |

_[signature: Lawrence K. Karlton]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT