UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHEL SCHERBENSKE,

          Plaintiff,

    v.

WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY, and DOES 1-100,

          Defendants.

/

NO. CIV. S-09-0717 LKK/KJM

O R D E R

The parties, through counsel, appeared before the court today at a hearing on plaintiff's motion for temporary restraining order. At the hearing, the court indicated its intention to grant the motion. However, the court has since researched the arguments raised at the hearing and concludes that issuance of the temporary restraining order would be inappropriate, for reasons to be expressed more fully in a subsequent order.

////

Accordingly, plaintiff's motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

DATED: May 8, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT