```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    RACHEL SCHERBENSKE,
10
                                       NO. CIV. S-09-0717 LKK/KJM
11            Plaintiff,
12       v.
13  WACHOVIA MORTGAGE, FSB FKA
    WORLD SAVINGS BANK, FSB, A
14  FEDERAL SAVINGS BANK; WELLS
    FARGO BANK, N.A.; WELLS FARGO &
15  COMPANY, and DOES 1-100,
16
              Defendants.
17
    _____/
18  RACHEL SCHERBENSKE,
                                       NO. CIV. S-09-1374 JAM/KJM
19
              Plaintiff,
20
         v.
21
    WACHOVIA MORTGAGE, FSB FKA,              RELATED CASE ORDER
22  WORLD SAVINGS BANK, FSB, A
    FEDERAL SAVINGS BANK; WELLS
23  FARGO BANK, N.A., and
    DOES 1-40,
24
25            Defendants.
    _____/
26

                                  1
```

Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 83-123, as they involve substantially the same questions of fact and law. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The court hereby orders that:

1. The above-captioned cases are RELATED.
2. The action denominated CIV. NO. 2:09-cv-01374-JAM-KJM is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Kimberly Mueller for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED.
3. Henceforth, the caption on documents filed in the cases shall be shown as CIV. NO. 2:09-cv-00717-LKK-KJM and CIV. NO. 2:09-cv-01374-LKK-KJM, respectively.
3. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: May 28, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT