UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACHEL SCHERBENSKE,

        Plaintiff,

    v.

WACHOVIA MORTGAGE, FSB, FKA
WORLD SAVINGS BANK, FSB, A
FEDERAL SAVINGS BANK; WELLS
FARGO BANK, N.A.; WELLS FARGO &
COMPANY, and DOES 1-100,

        Defendants.

_____/

NO. CIV. S-09-0717 LKK/KJM

O R D E R

    Pending before the court is defendants' motion to dismiss plaintiff's complaint. On June 11, 2009, the court issued an order in the related case, Scherbenske v. Wachovia Mortgage, Case No. 2:09-cv-01374, remanding the case to the state court per Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976), Princess Lida of Thurn & Taxis v. Thompson, 305 U.S. 456, 466 (1939), and 40235 Washington Street Corp. v. Lusardi, 976 F.2d 587, 589 (9th Cir. 1992). As the court explained in that order,

1

1  exclusive jurisdiction over the real property at issue in that case

2  lies with the state court and the same real property is at issue

3  in both cases. As the court further explained, this principle

4  operates to deprive the court of jurisdiction not only over the

5  claims affecting the title of the real property, but the related

6  state and federal causes of action as well. See Lusardi, 976 F.2d

7  at 589.

8       Accordingly, defendants' motion to dismiss is GRANTED. The

9  Clerk is directed to close the case.

10      IT IS SO ORDERED.

11      DATED:  June 12, 2009.

12

13

14

15                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
16                          UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

                                   2